Crysler v Erk (2024 NY Slip Op 02410)

Crysler v Erk

2024 NY Slip Op 02410

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ.

155 CA 23-00223

[*1]CHRISTOPHER CRYSLER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JENNIFER IRIS CRYSLER, DECEASED, PLAINTIFF-RESPONDENT,
v
MEHMET ERK, M.D., ET AL., DEFENDANTS, DONALD D. HICKEY, M.D., KALEIDA HEALTH AND MILLARD FILLMORE SUBURBAN HOSPITAL, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (JOHN P. DANIEU OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
LIPSITZ, PONTERIO & COMERFORD, LLC, BUFFALO (DENNIS P. HARLOW OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Henry J. Nowak, J.), entered January 4, 2023. The order, inter alia, granted in part the motion of plaintiff to compel disclosure. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Crysler v Erk ([appeal No. 2] — AD3d — [May 3, 2024] [4th Dept 2024]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court